M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
6200 Canoga Ave, Suite 375
Woodland Hills, CA 91367
Telephone: (747) 777-7748
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

Justin Walker, Esq. (*Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
jwalker@msdlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MFOLOZI DLAMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PUMA BIOTECHNOLOGY, INC.,<br><br>Defendant. | Case No. 2:23-cv-04120-AB-RAO<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the above-captioned action entitled *Mfolozi Dlamini v. Puma Biotechnology, Inc.*, Case No. 2:23-cv-04120-AB-RAO, with prejudice. All parties shall bear their own respective costs.

DATED: September 21, 2023

**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**

By: */s/ M. Anderson Berry*
M. Anderson Berry (262879)
Gregory Haroutunian (330263)
Brandon P. Jack (3225584)
6200 Canoga Ave, Suite 375
Woodland Hills, CA 91367
Telephone: (747) 777-7748
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

Justin Walker (*Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665- 0219
jwalker@msdlegal.com

*Attorneys for Plaintiff*

DATED: September 21, 2023

**MULLEN COUGHLIN LLC**

By: */s/ James M. Monagle*
James F. Monagle
309 Fellowship Rd., Suite 200
Mt. Laurel, NJ 08054

Telephone: (267) 930-1529
Facsimile: (267) 930-4771
jmonagle@mullenlaw.com

*Attorneys for Defendant, Puma Biotechnology, Inc.*

### Certification of Compliance with C.D. Cal. L.R. 5-4.3.4

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatory representing Defendant to file the above-referenced document, and the above signatory concurs in the filing's content.

DATED: September 21, 2023

                                         */s/ M. Anderson Berry*
                                           M. Anderson Berry